**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1083

ATHENA CONSTRUCTION GROUP, INC.,

Plaintiff - Appellant,

v.

RE CONSTRUCTION LLC,

Defendant - Appellee,

and

WILLIAM SMITH, III,

Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Anthony John Trenga, Senior District Judge. (1:21-cv-00396-AJT-TCB)

Submitted: October 10, 2024                     Decided: December 6, 2024

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

**ON BRIEF:** Milton C. Johns, EXECUTIVE LAW PARTNERS, PLLC, Fairfax, Virginia, for Appellant. Glenn A. Ellis, GLENN ELLIS LAW, PLLC, Philadelphia, Pennsylvania;

Catherine H. Dorsey, BARON & BUDD, P.C., Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Athena Construction Group appeals the district court's order granting in part RE Construction's motion for attorney fees. The order did not set the amount of attorney fees to be awarded and instead ordered the parties to file documentation and objections. An order awarding an unspecified amount of attorney fees and costs is not a final appealable order under 28 U.S.C. § 1291. *See, e.g., Elbit Sys. Land & C4I Ltd. v. Hughes Network Sys., LLC*, 927 F.3d 1292, 1303 (Fed. Cir. 2019); *MetLife Life & Annuity Co. of Conn. v. Akpele*, 886 F.3d 998, 1008 (11th Cir. 2018); *Cooke v. Jackson Nat'l Life Ins. Co.*, 882 F.3d 630, 632 (7th Cir. 2018). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*